

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00204-CR

JACOB MCCOWIN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 137th District Court
Lubbock County, Texas
Trial Court No. 2018-414,057, Honorable John J. "Trey" McClendon III, Presiding

December 13, 2019

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant Jacob McCowin appeals his conviction for driving while intoxicated. The appellate record was originally due September 26, 2019. The clerk's record was filed by this deadline, but the reporter's record was not. Due to her caseload, the court reporter was granted two extensions to file the reporter's record. By letter dated November 1, 2019, we stated that any further requests could result in the appeal being abated and the cause remanded to the trial court to determine when the record was complete and ready

for filing.  On December 3, 2019, a third request for extension was filed, the reason underlying same being the reporter's caseload.

Understanding that caseloads may delay the completion of records, we deny the request for an extension, abate the appeal, and remand the cause to the trial court for further proceedings.  TEX. R. APP. P. 35.3(c), 37.3(a)(2).  On remand, the trial court shall determine the following:

1.  what tasks remain to complete the filing of the reporter's record;

2.  what amount of time is reasonably necessary for the completion of those tasks and the reporter's record; and

3.  whether the reporter can complete the tasks within the time the trial court finds reasonable.

Should the trial court determine that the court reporter will require more than thirty days to complete, certify, and file the reporter's record, it shall arrange for a substitute reporter to perform those tasks.  The trial court is also directed to enter such orders necessary to address the aforementioned questions.  So too shall it include its findings on those matters in a supplemental clerk's record and cause that record to be filed with this court by January 3, 2020.  Should further time be needed to perform these tasks, then same must be requested before January 3, 2020.

It is so ordered.

Per Curiam

Do not publish.

2